# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF | CASE NUMBER |
|---|---|
| v. | 5:16-MJ-00447-DUTY |
| Christopher Jude Martin | ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT |
| DEFENDANT(S). | |

Upon motion of __Defendant__, IT IS ORDERED that a detention hearing is set for __Thursday, November 17, 2016__, 2016, at __2:00__ ☐a.m. / ☒p.m. before the Honorable __KENLY KIYA KATO__, in Courtroom __4__.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
*(Other custodial officer)*

Dated: __November 14, 2016__     KENLY KIYA KATO
                                  U.S. Magistrate Judge